■ JOSEPH PERIS, Plaintiff, v WESTERN REGIONAL OFF-TRACK BETTING CORPORATION, Appellant and Third-Party Plaintiff-Appellant-Respondent, and KRUEGER INTERNATIONAL CORPORA-

TION, Respondent. BUFFALO HOTEL SUPPLY CO., INC., Third-Party Defendant-Respondent-Appellant. (Appeal No. 1.) [680 NYS2d 883] —Appeal and cross appeal unanimously dismissed without costs. Same Memorandum as in *Peris v Western Regional Off-Track Betting Corp.* (255 AD2d 899 [decided herewith]). (Appeals from Order of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Green, J. P., Lawton, Callahan, Balio and Fallon, JJ.